IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANTHONY DAWKINS, BRITTANY HART, KEITH HINTON, LATORA COOK, TAMIKA SHANNON, REGINALD REYNOLDS, KITANYA ALEXANDER, TOBY EGBUNA, MICHAEL PETERSON, TAAHIR ALICEA, and ARGENTRY REESE,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC.,<br><br>Defendant. | CIVIL ACTION NO.<br>1:22-cv-3621-AT |

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed by the Parties, ("JPRDP," Doc. 5), the Court **ORDERS** that the time limits for adding parties, amending the pleadings, filing motions, and completing discovery are as stated in JPRDP.

**IT IS SO ORDERED** this 26th day of October, 2022.

_____
**Honorable Amy Totenberg
United States District Judge**